IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| WEBSTER DENNIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1028-CV-W-NKL-SSA |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Pending before the Court is Plaintiff Webster Dennis's ("Dennis") Motion for Attorney's Fees [Doc. 24]. On July 6, 2005, the Court granted Dennis's Motion to Reverse the ALJ's decision and to remand the case to the Commissioner for further consideration. (Order [Doc. 22].) The Court also directed the Clerk of the Court to enter a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure. *Id.*

Pursuant to 28 U.S.C. § 2412, the Court may award reasonable attorney's fees to the prevailing party in any civil action brought against any official of the United States acting in his or her official capacity. The parties agree that Dennis is entitled to $4,332.00 in fees. After consideration, the Court finds that the fees agreed to by the parties are reasonable.

Accordingly, it is hereby

ORDERED that Plaintiff's Motion for Attorney's Fees [Doc. 24] is GRANTED.

1

Plaintiff is awarded $4,332.00 in attorneys' fees.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: August 30, 2005
Jefferson City, Missouri